Exhibit 2

Method Claim: 1

| US9130900 | Gupshup AI Chatbot ("The accused product") |
|---|---|
| 1.   A   method   for providing assistance to   a   user, comprising: | The accused product practices a method for providing assistance to a user (e.g., a medical assistance for scheduling an appointment).<br><br>As shown below, Gupshup AI chatbot provides its customers a healthcare chatbot which is a virtual agent that provides automated responses to the patients by processing user requests received through a mobile device.<br><br><br><br>https://www.gupshup.io/industry/healthcare |

# Automate patient outreach and acquisition

Create a personalized patient experience based on pre-appointment automated survey

Allow patients to discover doctors, book appointments, pay for consultation

Integrate with back-end billing, inventory, and insurance claims management and automate invoices for payments

**33%** **Patient Acquisition costs**

https://www.gupshup.io/industry/healthcare





## Automate medical adherence and discipline

Automate scheduling personalised patient reminders for medication, therapy or exercises

Predict in-clinic visits and no-shows to efficiently manage staffing requirements

Check-in with customers using voice bots and chatbots to track patient engagement and retention

**49%** ⬆ **Higher Adherence and Retention**

https://www.gupshup.io/industry/healthcare

## Automate peace of mind with 24/7 support

Support patients in multiple languages, support 24*7 by answering queries around appointments, prescription, follow-up routine

Empower the frontline healthcare workers with the latest information in regional language, with videos and text over WhatsApp

Leverage the health-care chatbot to address queries related to insurance, claims, and procedures



**Lower Support Costs**



https://www.gupshup.io/industry/healthcare

## Introduction of Chatbots in the Healthcare Industry

The era of artificial intelligence has reached a point where we are not startled by the notion that AI doctors may soon replace general physicians in the healthcare industry. Though this change will not occur overnight, conversational chatbots are certainly going to bring revolutionary changes that no one ever thought of.

Chatbots are conversational bots backed by powerful AI and ML algorithms to carry out human-like conversations. They can substantially aid in automating tasks like disease identification, the accuracy of symptom detection, post-recovery care, booking an appointment, etc.

https://www.gupshup.io/resources/blog/how-chatbots-are-transforming-the-healthcare-industry

| receiving a user request for assistance from a mobile device; | The accused product practices receiving a user request for assistance (e.g., a request for scheduling an appointment) from a mobile device (e.g., a smartphone, etc.). |
|---|---|
| | As shown below, Gupshup AI chatbot provides its customers a healthcare chatbot which is a virtual agent that provides automated responses to the patients by processing user requests received through a mobile device. It receives user requests in the form of text. |
| | ## Automate patient outreach and acquisition<br><br>Create a personalized patient experience based on pre-appointment automated survey<br><br> Allow patients to discover doctors, book appointments, pay for consultation<br><br>Integrate with back-end billing, inventory, and insurance claims management and automate invoices for payments<br><br>**33%** Patient Acquisition costs<br><br>https://www.gupshup.io/industry/healthcare  |

## Introduction of Chatbots in the Healthcare Industry

The era of artificial intelligence has reached a point where we are not startled by the notion that AI doctors may soon replace general physicians in the healthcare industry. Though this change will not occur overnight, conversational chatbots are certainly going to bring revolutionary changes that no one ever thought of.

Chatbots are conversational bots backed by powerful AI and ML algorithms to carry out human-like conversations. They can substantially aid in automating tasks like disease identification, the accuracy of symptom detection, post-recovery care, booking an appointment, etc.

https://www.gupshup.io/resources/blog/how-chatbots-are-transforming-the-healthcare-industry



## Automate patient outreach and acquisition

Create a personalized patient experience based on pre-appointment automated survey

Allow patients to discover doctors, book appointments, pay for consultation

Integrate with back-end billing, inventory, and insurance claims management and automate invoices for payments

**33%** ↓  **Patient Acquisition costs**

a user request

Looking to book an Orthopedic consultation at your hospital

Your Store

Hi and welcome to Health+. We can book an appointment with Dr. Wilson tomorrow, please select a time slot:

11:00 am    01:00 am    03:00 am

| | https://www.gupshup.io/industry/healthcare |
|---|---|
| determining semantics of the user request and identifying at least one domain, at least one task, and at least one parameter for the user request by parsing the user request to identify representations of meaning or interpretation of the user request along with location and user personal information captured by the mobile device including telephone, texting, and user activity; | The accused product practices determining semantics of the user request (e.g., a request for scheduling an appointment) and identifying at least one domain (e.g., treatment type, etc.), at least one task (e.g., scheduling an appointment, follow up, book a slot, etc.), and at least one parameter (e.g., hospital, etc.) for the user request (e.g., a request for scheduling an appointment) by parsing the user request (e.g., a request for scheduling an appointment) to identify representations of meaning (e.g., identifying intent of the user request) or interpretation of the user request (e.g., a request for scheduling an appointment) along with location (e.g., a user location, etc.) and user personal information captured by the mobile device (e.g., a smartphone, etc.) including telephone (e.g., phone number, etc.), texting (e.g., e-mail address, messages, etc.), and user activity (e.g., previous responses, etc.). <br><br> As shown below, Gupshup uses Natural Language Understanding (NLU) and Natural Language Processing (NLP) to parse and determine the semantics of the user request received from the patient and deduce the meaningful interpretations of the request. <br><br> For example, a user request "Looking to book Orthopedic Consultation at your hospital", is parsed to identify the meaning of words such as "book", "Orthopedic" and "hospital". Wherein, 'book', is parsed to interpret the intent of the user and identify a task of scheduling an appointment, 'hospital' is parsed to identify the parameter and 'Orthopedic' is parsed to identify the domain of the user request. <br><br> As shown below, Gupshup also collects information about the patient and their previous medical history, past responses, etc. Gupshup chatbots provides responses to the customer request based on the user activity. |

## Automate patient outreach and acquisition

Create a personalized patient experience based on pre-appointment automated survey

Allow patients to discover doctors, book appointments, pay for consultation

Integrate with back-end billing, inventory, and insurance claims management and automate invoices for payments

https://www.gupshup.io/industry/healthcare



## NLP and Chatbots

NLP enables intelligent chatbots, such as those developed using Gupshup's low-code chatbot platform, to effectively answer common queries, guide customers down the sales funnel, and even transfer conversations to human support representatives as needed.

In one recent study, 68% of consumers said they had a positive experience interacting with chatbots. This is one reason for their increasing popularity. These chatbots use NLP and AI to understand customer queries and appropriately react to the meaning of customer questions.

They can understand the context of the query, as well as any linguistic nuances, abbreviations, accents, and other cues to figure out the best answer to provide. They can support users on websites, via phones, and even via messaging applications like WhatsApp, Slack, Facebook Messenger, or Telegram.

NLP/AI chatbots developed with a chatbot development platform like Gupshup can be customised for a wide range of industries and use cases, including:
https://www.gupshup.io/resources/blog/what-is-natural-language-processing-a-complete-guide

## What are NLP-based Chatbots?

Natural Language Processing (NLP) is a deep learning-based AI technology with which the computer can acquire user inputs and derive its meaning. With chatbots, the NLP assesses the user input intent and creates a response with contextual analysis. The developers can train the bot on conversations it will go through to evaluate and interpret queries efficiently.



https://www.gupshup.io/resources/blog/nlp-chatbots-game-changer-for-every-business

## 1. Natural Language Processing (NLP)

NLP is a technology that processes the inputs from the users and converts them into complex sentences or words. This process helps in the standardisation of text. It can help break down the user input and allow the chatbot to understand it. For example, correcting any spelling mistakes to help the chatbot differentiate between verbs and adjectives, to help it understand the sentiment of the user.

https://www.gupshup.io/resources/blog/what-is-a-chatbot-a-complete-guide

## 3. Natural Language Understanding (NLU)

NLU helps the chatbot understand the users' intent by determining various language objects, like synonyms, lexicons, phrases, etc. The algorithms then construct a seamless dialogue flow, which helps the chatbot create a proper response for the user input.

Using Conversational AI technology, NLP and NLU can be upgraded to a whole new level which can help businesses in delivering realistic responses. Creating advanced dialogue systems can be accomplished by automating various elements of contextual understanding, utilizing memory and databases, and setting up the personal preferences of the target audience.

https://www.gupshup.io/resources/blog/what-is-a-chatbot-a-complete-guide

## 2. Machine Learning Bots (AI Chatbots)

AI chatbots are the more advanced and complex versions and offer much more flexibility and customisations. These are more than task-oriented chatbots, and provide a more personalised experience to the users.

These use predictive intelligence and analytics to provide a holistic conversational experience to the users based on their preferences and history. Using statistical algorithms and NLP, AI chatbots are one of the most powerful tools for businesses looking to have an advanced digital assistant on their hands.

https://www.gupshup.io/resources/blog/what-is-a-chatbot-a-complete-guide

# NLP, NLU and NLG

Natural Language Understanding (NLU) is a sub-field of **NLP** with numerous potential applications, particularly in cognitive and conversational AI. NLU applications can independently interpret user intent, understand conversational context, and resolve any word ambiguities, mispronunciations, misspellings, slang, and other language variants before generating appropriate output.

NLU does much more than simply understanding the structural format of human spoken or written language. NLU algorithms can perform semantic interpretation to understand the intended meaning of this language. They can also *generate* well-formed language, with the relevant context, subtleties and inferences that make sense to humans.

https://www.gupshup.io/resources/blog/what-is-natural-language-processing-a-complete-guide

*Disambiguate word sense*: Derive the meaning of the text based on context

- *Example*: "I will book an appointment for tomorrow."

- In this sentence, the algorithm can recognise that "book" does not refer to a bound collection of pages, but appointment confirmation

https://www.gupshup.io/resources/blog/what-is-natural-language-processing-a-complete-guide

*Named entity recognition (NER)*: **NLP** can determine words that can be categorised into groups

- This capability is particularly useful in the healthcare industry.

- *Example*: An NLP algorithm could analyse a scientific paper or news article and identify where a particular pharma company or its products are mentioned.

- It can also differentiate between entities that appear the same visually to extract the relevant contextual meaning.

  - *Example*: In the sentence, "Wendy went to Wendy's for lunch", the **NLP software** can recognise the two Wendy instances – one a person's name and the other a restaurant chain's name – as two separate entities

https://www.gupshup.io/resources/blog/what-is-natural-language-processing-a-complete-guide

Word sense disambiguation and named entity recognition are both NLP techniques involving *semantics*, i.e. using and understanding the meaning of words and the structure of sentences.

https://www.gupshup.io/resources/blog/what-is-natural-language-processing-a-complete-guide

| | |
|---|---|
| | **1. INFORMATION WE COLLECT FROM YOU**<br><br>**Personal identification information**<br><br>We may collect personal identification information from Users in a variety of ways, including, but not limited to, when Users visit our site, register on the site, and in connection with other activities, services, features or resources we make available on our Site. Users may be asked for, as appropriate, name, email address, mailing address, phone number, credit card information. Users may, however, visit our Site anonymously. We will collect personal identification information from Users only if they voluntarily submit such information to us. Users can always refuse to supply personally identification information, except that it may prevent them from engaging in certain Site related activities.<br><br>https://www.gupshup.io/privacy-policy |
| accessing one or more semantic web services, each service accessed through an application program interface (API) to retrieve data matching the at least one domain, at least one task, and at least one parameter; | The accused product practices accessing one or more semantic web services, each service accessed through an application program interface (API) (e.g., appointment booking API, etc.) to retrieve data matching (e.g., available time slots that match user's parameters, etc.) the at least one domain (e.g., treatment type, etc.), at least one task (e.g., scheduling an appointment, follow up, book a slot, etc.), and at least one parameter (e.g., hospital, etc.).<br><br>As shown below, Gupshu Chatbot accesses a webservice ("semantic web services") through appointment booking API to obtain available time slots for providing response to the user's command. For example, when the user request is for scheduling an appointment, Gupshup chatbot access the webservices through appointment booking API and automatically matches patients with available time slots based on their defined parameters. |



## Automate patient outreach and acquisition

Create a personalized patient experience based on pre-appointment automated survey

Allow patients to discover doctors, book appointments, pay for consultation

Integrate with back-end billing, inventory, and insurance claims management and automate invoices for payments

**33%** ↓ **Patient Acquisition costs**

https://www.gupshup.io/industry/healthcare

# What is an API?

Application Programming Interface (API) is a software intermediary that allows two programs to communicate with one another. Every time you use an app like Twitter, send an instant message or check the weather on your phone. You're using an API.

## The new era APIs

Over the years, the term API has been used to refer to any type of application communication interface. However, in recent years, the contemporary API has acquired key qualities that make it extremely valuable and useful:

- Modern APIs follow developer-friendly, easily accessible, and widely understood protocols (usually HTTP and REST).
- They are handled as products rather than codes. They are developed for specific audiences (for example, mobile developers), they are published, and they are versioned so that users may expect certain maintenance and lifetime expectations.

https://docs.gupshup.io/docs/what-is-a-webhook

— How do I set up an appointment booking API?

The appointment booking API of Gupshup is simple to use for you and for those who wish to book appointments. It is simply a matter of scanning the QR code, going through the calendar, and selecting the convenient date and slot. There is no queue to be gone through, and so you can offer your clients a convenient and delightful experience.

https://www.gupshup.io/resources/faq/appointments-faq

— **What is an online appointment booking API?**

Gupshup helps you to move beyond physical visits or long phone calls to book appointments for you. Our appointment API can allow your clients to do the same with a single click on 'Book Now', while our online appointment booking API works in the background to scan through available slots and match them to client preferences. The client does not need to follow multiple steps to match your available slots as our API takes care of it. This functionality can be provided on your website, your smartphone, or even while using chatbots or other channels of conversational messaging.

https://www.gupshup.io/resources/faq/appointments-faq

# What is a Webhook?

A webhook is an HTTPS callback that is triggered by a user-defined event at the originating site (WhatsApp Self-Serve Access API in this case).

In its simplest form, a webhook is a web service that receives HTTPS POST requests from a source.

Webhooks manage incoming messages from WhatsApp users, including text, location, and media such as photos and documents, as well as the status of messages you've sent. Webhooks provide both timely notifications and out-of-band issues, thus establishing one in the application settings is strongly recommended.

Customers' messages sent to your WhatsApp Business Phone Number are routed to your Webhook. When a client sends a text message or a media attachment to your WhatsApp Business API, the platform logs the message and sends a notice (HTTP POST request) to the Webhook defined in your app's settings.

https://docs.gupshup.io/docs/what-is-a-webhook

| identifying, generating, or providing personalized recommendations for activities, products, services, | The accused product practices identifying, generating, or providing personalized recommendations for activities, products, services (e.g., personalized responses for patient's query).<br><br>As shown below, Gupshup AI chatbot records details of the patient by accessing their past medical history reports. When a user request for scheduling an appointment is received by the chatbot, it provides the patient with available time slots as per the user defined parameters in the request.<br><br><br><br>https://www.gupshup.io/industry/healthcare |

## 2. Machine Learning Bots (AI Chatbots)

AI chatbots are the more advanced and complex versions and offer much more flexibility and customisations. These are more than task-oriented chatbots, and provide a more personalised experience to the users.

These use predictive intelligence and analytics to provide a holistic conversational experience to the users based on their preferences and history. Using statistical algorithms and NLP, AI chatbots are one of the most powerful tools for businesses looking to have an advanced digital assistant on their hands.

https://www.gupshup.io/resources/blog/what-is-a-chatbot-a-complete-guide

# How Dynamic and Context-Aware Chatbots Enrich Personalization?

## Understanding User Intent

Dynamic & context-aware chatbots, powered by advanced natural language processing (NLP) algorithms, excel in understanding user intent. They can decipher the intricacies of language, grasp the user's goals, and tailor responses accordingly. This results in more meaningful and personalized interactions, creating a positive impact on the overall user experience.

https://www.gupshup.io/resources/blog/unlock-the-future-dynamic-and-context-aware-chatbots-in-2024

| | **Context-Awareness: A Game-Changer** |
|---|---|
| | Context-awareness takes dynamic chatbots to the next level. These chatbots possess the capability to understand the context of a conversation, considering past interactions, user preferences, and even the current emotional tone. This contextual understanding enables them to generate more personalized and relevant responses.<br><br>https://www.gupshup.io/resources/blog/unlock-the-future-dynamic-and-context-aware-chatbots-in-2024 |
| presenting possible responses to the user by interact with the semantic web services by calling the services through the API and extracting one or more options or suggestions from the semantic web services through the API and confirming user responses by accessing a text messaging API or a phonebook API; | The accused product practices presenting possible responses (e.g., available time slots, etc.) to the user by interact with the semantic web services by calling the services through the API (e.g., appointment booking API, etc.) and extracting one or more options or suggestions from the semantic web services through the API (e.g., appointment booking API, etc.) and confirming user responses by accessing a text messaging API (e.g., SMS) or a phonebook API.<br><br>As shown below, Gupshup accesses the web service ("interact with semantic web services") using Calendar API to provide a response to the patient. The web service collects the relevant responses ("one or more options or suggestions") and provides them to the Gupshup AI chat bot to present them further to the patient.<br><br>For example, when Gupshup AI chatbot receives a user request for booking an appointment, it provides the patient with an option to book a convenient time slot. Further, once the patient confirms booking a slot for an appointment, the AI chatbot confirms the user response by sending the patient a confirmation text message for a scheduled appointment. |

# What is an API?

Application Programming Interface (API) is a software intermediary that allows two programs to communicate with one another. Every time you use an app like Twitter, send an instant message or check the weather on your phone. You're using an API.

## The new era APIs

Over the years, the term API has been used to refer to any type of application communication interface. However, in recent years, the contemporary API has acquired key qualities that make it extremely valuable and useful:

- Modern APIs follow developer-friendly, easily accessible, and widely understood protocols (usually HTTP and REST).
- They are handled as products rather than codes. They are developed for specific audiences (for example, mobile developers), they are published, and they are versioned so that users may expect certain maintenance and lifetime expectations.

https://docs.gupshup.io/docs/what-is-a-webhook

— How do I set up an appointment booking API?

The appointment booking API of Gupshup is simple to use for you and for those who wish to book appointments. It is simply a matter of scanning the QR code, going through the calendar, and selecting the convenient date and slot. There is no queue to be gone through, and so you can offer your clients a convenient and delightful experience.

https://www.gupshup.io/resources/faq/appointments-faq

**– What is an online appointment booking API?**

Gupshup helps you to move beyond physical visits or long phone calls to book appointments for you. Our appointment API can allow your clients to do the same with a single click on 'Book Now', while our online appointment booking API works in the background to scan through available slots and match them to client preferences. The client does not need to follow multiple steps to match your available slots as our API takes care of it. This functionality can be provided on your website, your smartphone, or even while using chatbots or other channels of conversational messaging.

https://www.gupshup.io/resources/faq/appointments-faq

# What is a Webhook?

A webhook is an HTTPS callback that is triggered by a user-defined event at the originating site (WhatsApp Self-Serve Access API in this case).

In its simplest form, a webhook is a web service that receives HTTPS POST requests from a source.

Webhooks manage incoming messages from WhatsApp users, including text, location, and media such as photos and documents, as well as the status of messages you've sent. Webhooks provide both timely notifications and out-of-band issues, thus establishing one in the application settings is strongly recommended.

Customers' messages sent to your WhatsApp Business Phone Number are routed to your Webhook. When a client sends a text message or a media attachment to your WhatsApp Business API, the platform logs the message and sends a notice (HTTP POST request) to the Webhook defined in your app's settings.

https://docs.gupshup.io/docs/what-is-a-webhook



## Manage conversations

Use this section to configure your Bot responses based on certain user messages, that can be mentioned at anytime during the conversation. An example of this is small talk phrases like Hi, hello, good morning, etc. In addition, there could be specific user statements like "how do I pay" or "start over" for which, your bot can redirect users to specific flows.

For text inputs & responses, add user variations to allow for more varied user input match and random bot responses to keep the conversation fresh & avoiding the bot to repeat itself to often.

To add a user message, you need to click on the Manage conversations icon from the menu on the left.

https://www.gupshup.io/developer/docs/bot-platform/guide/small-talk-n-bot-config-flow-builder?lang=en

You will get this screen to add the user messages and Bot responses, which can be a bot message or calling a flow



https://www.gupshup.io/developer/docs/bot-platform/guide/small-talk-n-bot-config-flow-builder?lang=en



| | |
|---|---|
| determining at least one responsive answer; and | The accused product practices determining at least one responsive answer (e.g., an available time slot). |

As shown below, Gupshup AI chatbot determines a response such as available appointment slots by identifying the intent of the user request.

## Manage conversations

Use this section to configure your Bot responses based on certain user messages, that can be mentioned at anytime during the conversation. An example of this is small talk phrases like Hi, hello, good morning, etc. In addition, there could be specific user statements like "how do I pay" or "start over" for which, your bot can redirect users to specific flows.

For text inputs & responses, add user variations to allow for more varied user input match and random bot responses to keep the conversation fresh & avoiding the bot to repeat itself to often.

To add a user message, you need to click on the Manage conversations icon from the menu on the left.

https://www.gupshup.io/developer/docs/bot-platform/guide/small-talk-n-bot-config-flow-builder?lang=en

You will get this screen to add the user messages and Bot responses, which can be a bot message or calling a flow



https://www.gupshup.io/developer/docs/bot-platform/guide/small-talk-n-bot-config-flow-builder?lang=en



https://www.gupshup.io/industry/healthcare

| | https://www.gupshup.io/industry/healthcare |
|---|---|
| responding to the user request. | The accused product practices responding to the user request (e.g., a confirmation text message for scheduled appointment).<br><br>As shown below, Gupshup AI chatbot provides confirmation of the scheduled appointment by sending a text message to the patient.<br><br><br><br>https://www.gupshup.io/industry/healthcare |



**Protect patient information**

Protect patient information with 2 Factor Authentication (2FA) to confirm patient identity

**30+ channels**

Integrate 30+ messaging channels through Text, Voice, and Video to create a 'consult anywhere' experience

**Automated alerts**

Send automated prescription updates to patients via WhatsApp, SMS. Remind them about overdue follow-up appointments

https://www.gupshup.io/industry/healthcare



https://www.gupshup.io/resources/blog/healthcare-care-benefits-from-conversational-ai

## 2. Machine Learning Bots (AI Chatbots)

AI chatbots are the more advanced and complex versions and offer much more flexibility and customisations. These are more than task-oriented chatbots, and provide a more personalised experience to the users.

These use predictive intelligence and analytics to provide a holistic conversational experience to the users based on their preferences and history. Using statistical algorithms and NLP, AI chatbots are one of the most powerful tools for businesses looking to have an advanced digital assistant on their hands.
https://www.gupshup.io/resources/blog/what-is-a-chatbot-a-complete-guide